AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2007

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| LAND, CLAY D | Georgia- Middle District | 05/15/2008 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge | ☐ Nomination, Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2007<br>to<br>12/31/2007 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| P.O. Box 2071<br>Columbus, GA<br>31902 | Reviewing Officer_____ Date_____ |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2008 MAY 20 A 9: 54 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| LAND, CLAY D | 05/15/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2007 | Buchanan & Land, LLP- Wages |
| 2. 2007 | Attorney, Self Employed |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LAND, CLAY D | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. CB&T Bank (Checking) | | None | J | T | | | | | |
| 2. CB&T (Money Market) | D | Interest | M | T | | | | | |
| 3. CB&T (CDs) FKA CB&T(Cash Equivalents) | D | Interest | N | T | | | | | |
| 4. Smith Barney (Money Markets) | E | Dividend | O | T | | | | | |
| 5. Synovus Securities (Money Market) | B | Dividend | K | T | | | | | |
| 6. Morgan Keegan (Cash) | A | Interest | J | T | | | | | |
| 7. CISCO Systems Common Stock | | None | J | T | | | | | |
| 8. Coca-Cola, Inc. Common Stock | B | Dividend | K | T | | | | | |
| 9. Cousins Property Inc. Common Stock | A | Dividend | K | T | | | | | |
| 10. Electronic Data Sys. Corp, Common Stock | A | Dividend | J | T | | | | | |
| 11. Intel, Inc. Common Stock | A | Dividend | K | T | | | | | |
| 12. Southern Company Common Stock | D | Dividend | M | T | Gift | 12/6 | J | | St. Luke Methodist Church. |
| 13. Suntrust Banks Common Stock | B | Dividend | L | T | | | | | |
| 14. IShares TR Dow Jones Select Dividend Index Fund Common | A | Dividend | K | T | | | | | |
| 15. Time Warner, Inc Common Stock | A | Dividend | J | T | | | | | |
| 16. AT&T Inc Common Stock | | None | | | Sell | 2/13 | J | A | |
| 17. Comcast Corp Common Stock | | None | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LAND, CLAY D | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS  *-- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date Month - Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Microsoft Inc. Common Stock | A | Dividend | J | T | | | | | |
| 19. Powershares QQQ Tr Ser 1 FKA NASDAQ 100 Shares Inc. Com Stk | A | Dividend | K | T | | | | | |
| 20. S & P Spyder Common Stock | C | Dividend | N | T | | | | | |
| 21. Japan Equity Fund Common Stock | | None. | J | T | | | | | |
| 22. Mirant Inc. Common Stock | | None | | | Cancelled | 1/3 | | | |
| 23. Mirant Inc-New- Common Stock | | None | J | T | Issued | 1/3 | J | | |
| 24. Mirant Inc-New-Warrants Ser A | | None | J | T | Issued | 1/3 | J | | |
| 25. Walt Disney Co, Inc. Common Stock | A | Dividend | J | T | | | | | |
| 26. UTS SPY Mutual Fund | B | Dividend | J | T | | | | | |
| 27. Allianceberstein International Value Stock Mutual Fund | A | Dividend | K | T | Buy | 9/11 | J | | |
| 28. Arbitrage Stock Mutual Fund | A | Dividend | | | Sell | 2/6 | J | A | |
| 29. Chesapeke Core Growth Stock Mutual Fund | A | Dividend | K | T | Partial Sale | 2/6 | J | A | |
| 30. Diamond-Hill Long-Short Fund A- Stock Mutual Fund | A | Dividend | J | T | | | | | |
| 31. Diamond-Hill Long-Short Fund C- Stock Mutual Fund | B | Dividend | K | T | | | | | |
| 32. Gartmore Small Cap Class A Stock Mutual Fund | A | Dividend | | | Sell | 2/6 | J | A | |
| 33. Harbor International Growth Stock Mutual Fund | | None | K | T | Partial Sale | 2/6 | J | A | |
| 34. Harbor International Growth Stock Mutual Fund | A | Dividend | J | T | Buy | 9/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 ● =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| LAND, CLAY D | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Phoenix Real Estate Securities Class A Stock Mutual Fund | | None | | | Partial Sale | 2/6 | J | A | |
| 36. Phoenix Real Estate Securities Class A Stock Mutual Fund | A | Dividend | J | T | Buy | 9/11 | J | | |
| 37. RS the Value Stock Mutual Fund | | None | · | | Sell | 9/11 | J | B | |
| 38. RS Global Natural Resources Stock Mutual Fund | A | Dividend | J | T | Partial Sale | 9/11 | J | A | |
| 39. TCW Growth Equity Stock Mutual Fund | | None | | | Partial Sale | 2/6 | J | A | |
| 40. TCW Growth Equity Stock Mutual Fund | B | Dividend | J | T | Buy | 9/11 | J | | |
| 41. Snow Capital Opportunity Class 1 | B | Dividend | K | T | Buy | 9/11 | K | | |
| 42. Washington Mutual Bank 5.15% CD | B | Interest | | | Matured | 2/23 | L | | |
| 43. Cumberland Bank- TN 5.00% CD | B | Interest | | | Matured | 3/22 | L | | |
| 44. Compass Bank-AL 5.00% CD | C | Interest | | | Matured | 2/28 | M | | |
| 45. Compass Bank-AL 4.60% CD | | None | K | T | Buy | 11/30 | K | | |
| 46. First National Bank of Omaha 5.00% CD | | None | K | T | Buy | 4/18 | K | | |
| 47. Franklin Bank SSB-TX 5.05% CD | | None | K | T | Buy | 4/18 | K | | |
| 48. Citadel Broadcasting Corp | | None | J | T | Stock Div. | 6/6 | J | | |
| 49. Lehman Brothers Bank 5.15%CD | | None | M | T | Buy | 8/29 | M | | |
| 50. Banco Popular De Puerto Rica | | None | L | T | Buy | 9/26 | L | | |
| 51. AXA Enterprise Mergers and Acquisition Fund | A | Dividend | J | T | Buy | 2/6 | J | | |

| 1. Income Gain Codes. (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 ● =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | ● =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| LAND, CLAY D | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Capmark Bank-UT 5.1 % CD | | None | | | Buy | 2/28 | L | | |
| 53. Capmark Bank-UT 5.1% CD | B | Interest | | | Mature | 8/28 | L | | |
| 54. Enterprise Bank & Trust Company 5.0% CD | | None | | | Buy | 3/23 | L | | |
| 55. Enterprise Bank & Trust Company 5.0% CD | B | Interest | | | Mature | 9/21 | L | | |
| 56. Rental property, Columbus, GA (2001 $121,000) | A | Rent | M | R | | | | | |
| 57. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | ● =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | ● =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LAND, CLAY D | 05/15/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

1. Section VII- Since my retirement accounts are self directed IRA's, I did not list them in aggregate in the Investments/Trusts section; but instead, the individual assets contained in the IRA's (cash equivalents and stock) are included in the individual listings of cash equivalents and stocks in the Investments/Trusts section.

2. Section VII-In response to a letter of defencies dated 7-16-2007 corrections were made to the reporting of some of the line items in section VII. Specifically, Lines 26 and 27 were reported seperately. For the current year reporting I have combined Lines 26 and 27 from the prior year into Line 20 on the current year report. The result is a change in Valuation code from M and J for Lines 26 and 27 respectively on the prior year report to a Valuation code of N on the current year report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544